AO 93C  (08/18)  Warrant by Telephone or Other Reliable Electronic Means        ☐ Original        ☐ Duplicate Original

# UNITED STATES DISTRICT COURT
for the
District of Puerto Rico

| | |
|---|---|
| IN THE MATTER OF THE SEARCH OF UNITED STATES POSTAL SERVICE PARCEL BEARING TRACKING NUMBER 9534 6103 2776 5277 0760 89 FURTHER DESCRIBED IN ATTACHMENT A | Case No. 25- 971 (M) |

## WARRANT BY TELEPHONE OR OTHER RELIABLE ELECTRONIC MEANS

To:   Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests the search and seizure of the following person or property located in the ___---___ District of ___Puerto Rico___
*(identify the person or describe the property to be searched and give its location)*:

See Attachment A (Incorporated by Reference)

I find that the affidavit(s), or any recorded testimony, establish probable cause to search and seize the person or property described above, and that such search will reveal *(identify the person or describe the property to be seized)*:

See Attachment B (Incorporated by Reference)

**YOU ARE COMMANDED** to execute this warrant on or before ___November 7, 2025___ *(not to exceed 14 days)*
☐ in the daytime 6:00 a.m. to 10:00 p.m.   ☑ at any time in the day or night because good cause has been established.

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to ___United States Magistrate Judge on Duty___.
*(United States Magistrate Judge)*

☑ Pursuant to 18 U.S.C. § 3103a(b), I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized *(check the appropriate box)*
☑ for _30_ days *(not to exceed 30)*   ☐ until, the facts justifying, the later specific date of _____.

Date and time issued:   10/24/25 @ 9:43AM         _____[signature]_____
                                                  *Judge's signature*

City and state:        San Juan, Puerto Rico        Hon. Marshal D. Morgan, United States Magistrate Judge
                                                    *Printed name and title*

AO 93C (08/18) Warrant by Telephone or Other Reliable Electronic Means (Page 2)

| Return | | |
|---|---|---|
| Case No.: 25-971(M) | Date and time warrant executed: 11/03/25 12:21 pm | Copy of warrant and inventory left with: USPIS - San Juan, PR |
| Inventory made in the presence of: Edgardo Leon Galarza and Joan Matos Kemp | | |
| Inventory of the property taken and name(s) of any person(s) seized: 9534 6103 2776 5277 0760 89: Negative for contraband. Junk Junk Junk Junk | | |

**Certification**

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: Nov 3, 2025

*Executing officer's signature*

Joan Matos Kemp, U.S. Postal Inspector

*Printed name and title*

## ATTACHMENT A: PARCEL TO BE SEARCHED

| Subject Parcel | Express (E) or Priority (P) and Tracking ID number | From: Name and Address | To: Name and Address |
|---|---|---|---|
| 1. | 9534 6103 2776 5277 0760 89 | Suhai Osorio<br>340 N 1ST Ave<br>Lebanon, PA 11046 | Celia Velazquez<br>HC 2 Box 5256<br>Loiza PR 00772 |



8

## ATTACHMENT B: ITEMS TO BE SEIZED

All records and items in the Subject Parcel described in Attachment A that relate to violations of: (1) Possession with Intent to Distribute a Controlled Substance in violation of 21 U.S.C. § 841(a)(1); (2) Conspiracy to Possess with Intent to Distribute a Controlled Substance in violation of 21 U.S.C. § 846; and (3) Transportation of a Controlled Dangerous Substance via the United States Mail in violation of 21 U.S.C. § 843(b) ("the Subject Offense"), including but not limited to:

   a. Controlled dangerous substances;

   b. Narcotics trafficking paraphernalia;

   c. United States Currency;

   d. Records related to narcotics suppliers, customers, and co-conspirators, and related identifying information;

   e. Types, amounts, and prices of drugs trafficked as well as dates, places, and amounts of specific transactions;

   f. Any information related to sources of drugs (including names, addresses, phone numbers, or any other identifying information); and

   g. Indicia of possession, custody, or control, including any information related to the use of false or fraudulent identities.